# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHN COBB,**

    Plaintiff,

**v.**                          **CASE NO. 3:17cv432-MCR/GRJ**

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA,**

    Defendant.
_____/

## ORDER

The docket reflects that at the time the Complaint was filed, the Plaintiff was a resident of Orange County, Florida, which is in the Middle District of Florida, and Defendant is a foreign corporation. Thus, venue appears to be improper.

Accordingly, Plaintiff has seven (7) days to show cause why this case should not be transferred to the Middle District of Florida.

**DONE AND ORDERED** this 28th day of June, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**